UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE EVANS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | Case No. 2:20-cv-02504-FLA (ASx)<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>**JUDGMENT GRANTING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

1

1 | The court, having entered an Order granting the Motions for Summary
2 | Judgment by Defendants County of Los Angeles, Detective Mark Lillienfeld,
3 | Detective Michael Rodriguez, City of Pasadena, and Dana Orent (hereinafter
4 | "Defendants"), and dismissing with prejudice all claims brought by Plaintiffs
5 | Dominique Evans and Darryl Johnson (hereinafter "Plaintiffs"):

6 |     IT IS ORDERED AND ADJUDGED that judgment be entered on all
7 | claims in favor of Defendants and against Plaintiffs.  The parties shall bear their
8 | own costs and attorney's fees.

11 | Dated: April 15, 2021

                                             FERNANDO L. AENLLE-ROCHA
                                             United States District Judge